RAYMOND H. SUTTLE
RALPH M. GOLDSTEIN
JOHN T. TOMPKINS, III
CONWAY H. SHIELD, III
HERBERT V. KELLY, JR.
ALLEN C. TANNER, JR.
RICHARD B. DONALDSON, JR.
ROBYN HYLTON HANSEN
RAYMOND H. SUTTLE, JR.
MATTHEW D. MEADOWS
WALLACE B. WASON, JR.

# Jones, Blechman, Woltz & Kelly, P.C.
## Attorneys and Counselors at Law

701 TOWN CENTER DRIVE, SUITE 800
POST OFFICE BOX 12888
NEWPORT NEWS, VIRGINIA 23612-2888
(757) 873-8000
FACSIMILE: (757) 873-8103

ALLAN D. JONES, 1875-1954
DANIEL SCHLOSSER, 1915-1977
P.O. BLECHMAN, 1905-1986
ARTHUR W. WOLTZ, 1905-1993
THOMAS N. DOWNING, 1919-2001
SVEIN J. LASSEN, 1947-2006
HERBERT V. KELLY, 1920-2007
B.M. MILLNER, 1929-2011

REBECCA L. SHWAYDER AMAN
JENNIFER L. MUSE
C. PATRICK TENCH
ROBERT Q. JOHNSON
CHRISTOPHER S. JOHNSON
CHRISTOPHER M. MACKENZIE
BRITNEY H. MADDUX

Direct Dial No. (757) 873-8074
E-Mail Address: rhansen@jbwk.com

October 31, 2012

Via Fax: (757) 222-7259
Fernando Galindo
Clerk, U.S. District Court
Eastern District of Virginia
United States Courthouse
2400 West Avenue
Newport News, VA 23607

Re: *Flaum v. York River Crossing Associates, LLC*
Civil Action No. 4:12-cv-134

Dear Mr. Galindo:

Please be advised that the parties to the above-referenced case have reached a settlement. A settlement agreement and agreed order of dismissal are being circulated. We will file the agreed order with the Court shortly.

Please feel free to call me with any questions.

Very truly yours,

JONES, BLECHMAN, WOLTZ & KELLY, P.C.

Robyn H. Hansen, Esq.

cc: Lawrence Fuller, Esq.
    Reed Tolber, Esq.

530575

Please visit our website at www.jbwk.com