IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



**KENNETH R. FLAUM,**
Individually

      PLAINTIFF,

v.

      Case No. 4:12-cv-134

**YORK RIVER CROSSING ASSOCIATES, LLC,**
A Virginia limited liability company

      DEFENDANT.

## AGREED STIPULATION AND ORDER OF DISMISSAL

The Plaintiff, Kenneth R. Flaum, and the Defendant, York River Crossing Associates, LLC, represent to the Court that they have agreed to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, this action is hereby **DISMISSED WITH PREJUDICE.**

Entered this ___ day of _____, 2012.

/s/
Arenda L. Wright Allen
United States District Judge

WE ASK FOR THIS:

_____
Robyn Hylton Hansen, Esq. (VSB #23134)
JONES, BLECHMAN, WOLTZ & KELLY, P.C.
701 Town Center Drive, Suite 800 (23606)
P.O. Box 12888
Newport News , VA  23612-2888
Telephone: (757) 873-8074
Fax:          (757) 873-8103
Email Address: rhansen@jbwk.com

*Counsel for the Defendant*

SEEN AND AGREED:

_____
Reed S. Tolber, Esquire, (VSB #66015)
THE LAW OFFICES OF REED STEWART TOLBER, P.A.
302 Park Street/Court Square
Charlottesville, VA  22902
(434) 295-6659
(434) 295-0816 – Facsimile
reedtolber@gmail.com


Lawrence A. Fuller, Esq., *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL  33181
(305) 891-5199
(305) 893-9505 – Facsimile
lfuller@fullerfuller.com

*Counsel for Plaintiff*

(529722/34650.037)

WE ASK FOR THIS:

_____
Lawrence A. Fuller, *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd.
North Miami, FL 33181
Phone: (305) 891-5199
Fax: (305) 893-9505
lfuller@fullerfuller.com

Reed Stewart Tolber
Law Offices of Reed Stewart Tolber, P.A.
302 Park Street/Court Square
Charlottesville, VA 22902
Phone: (434) 295-6659
Fax: (434) 295-0816
reedtolber@gmail.com

*Counsel for Plaintiff*

530587

_____
Robyn H. Hansen, Esq. (VSB #23134)
Jones, Blechman, Woltz & Kelly, P.C.
701 Town Center Drive, Suite 800
Newport News, VA 23606
Phone: (757) 873-8074
Fax: (757) 873-8103
rhansen@jbwk.com

*Counsel for Defendant*